UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CHRISTINA CHAVEZ, | ) CV 12-8466-FMO (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| J.K. JOHNSON, Warden | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: July 18, 2013

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1